JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>vs.<br><br>ANISH HOSPITALITY LLC,<br><br>Defendant. | Case No: 2:23-cv-5328<br><br>**ORDER [20]** |

On Motion and good cause shown,

IT IS ORDERED dismissing the above cause of action with prejudice; each party to bear their own attorney fees, costs and expenses.

DATED: 8/21/2023

*/s/ Gary Klausner*
Hon. R. Gary Klausner
U.S. District Judge